# UNITED STATES BANKRUPTCY COURT
### Western District of Michigan

In re  TE-KON TRAVEL COURT, INC.                           ,          Case No.  HK 04-01848
      **Debtor**                                                                (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 2 | $1,730,300.00 | | |
| B - Personal Property | YES | 7 | $223,458.69 | | |
| C - Property Claimed as Exempt | NO | 0 | | | |
| D - Creditors Holding Secured Claim | YES | 1 | | $9,290,806.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $170,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 7 | | $363,901.48 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| Total Assets | | | $2,177,458.69 | | |
| Total Liabilities | | | | $7,075,154.48 | |

ORIGINAL

#754984

In re **TE-KON TRAVEL COURT, INC.**
         Debtor

Case No. **HK 04-01848**
               (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. **List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **15685 M60**<br>**Tekonsha, MI 49092-0220**<br><br>**See attached Exhibit A for legal description** | **By warranty deed dated 08/04/95** | | **$1,730,300.00** | **9,290,806** |
| | | Total | **$1,730,300.00** | |

(Report also on Summary of Schedules)

#819079

# EXHIBIT A

## LEGAL DESCRIPTION

/15685 M60, , ,

Property located in the Township of Tekonsha, County of Calhoun, State of Michigan

Parcel # 13-44-122-060-00

BEGINNING AT A POINT ON THE NORTH-SOUTH 1/4 LINE WHICH POINT IS DISTANT 683 FEET SOUTH OF THE CENTER OF SECTION 22, BEING THE TRUE POINT OF BEGINNING FOR THE PACEL HEREIN DESCRIBED; THENCE SOUTH 88 DEGREES 59 MINUTES 45 SECONDS EAST 660 FEET; THENCE SOUTH 00 DEGREES 14 MINUTES EAST TOT HE NORTH LINE OF THE RIGHT-OF-WAY OF HIGHWAY M-60; THENCE SOUTHWESTERLY ALONG SAID NORTH LINE OF SAID RIGHT-OF-WAY TO THE INTERSECTION WITH THE NORTH AND SOUTH 1/4 LINE OF SECTION 22; THENCE NORTH 00 DEGREES 14 MINUTES WEST 544.72 FEET TO THE TRUE POINT OF BEGINNING

ALSO, THE EAST TEN (10) RODS OF THE SOUTHWEST 1/4 OF SECTION 22, LYING NORTH OF THE RIGHT-OF-WAY OF HIGHWAY M-60, EXCEPT THE NORTH 683 FEET THEREOF.

NOTE:  This search contains information from public records and is not to be interpreted as an OPINION OF TITLE, TITLE GUARANTY, ABSTRACT, OR TITLE INSURANCE POLICY.

In re TE-KON TRAVEL COURT, INC.                    Case No. HK 04-01848
           Debtor                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "Non." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | **Southern Michigan Bank & Trust** | | **11,657.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | **22,816.30** |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | **0.00** |
| 5.  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | **0.00** |
| 6.  Wearing apparel. | X | | | **0.00** |
| 7.  Furs and jewelry. | X | | | **0.00** |
| 8.  Firearms and sports, photo-graphic, and other hobby equipment. | X | | | **0.00** |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | **0.00** |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | **0.00** |
| 12.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | **0.00** |
| 13.  Interests in partnerships or joint ventures. Itemize. | X | | | **0.00** |
| 14.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | **0.00** |

In re **TE-KON TRAVEL COURT, INC.**          CaseNo. **HK 04-01848**
　　　　　　　Debtor                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15.   Accounts receivable. | | Adams Outdoor Adv.                177.15 | | |
| | | Altenburg Hardwood Lumber        2,820.05 | | |
| | | Cagle Trucking                     286.99 | | |
| | | COMDATA                           402.08 | | |
| | | Dawn Copas                         86.67 | | |
| | | EFS                             1,996.71 | | |
| | | Gary Stolba Trucking            1,796.46 | | |
| | | Griswold Machine and Engineering  8,619.73 | | |
| | | Hakes, Marge                      185.48 | | |
| | | Hawkes Trucking               11,220.64 | | |
| | | Hertz Penske-comdatta          1,789.05 | | |
| | | Hogle                            557.57 | | |
| | | Imperial Oil                     730.11 | | |
| | | JB HUNT                          456.80 | | |
| | | Jeannett Hawkes                   84.52 | | |
| | | Kamps Inc                         40.00 | | |
| | | Keener Oldies                    896.16 | | |
| | | MultiService Processing        1,446.77 | | |
| | | Pacific Pride                 15,831.16 | | |
| | | Service Center                 1,481.64 | | |
| | | Speed Master                   1,197.39 | | |
| | | TCH                              834.91 | | |
| | | T-CHEK                         1,570.36 | | |
| | | Tekon                            24.50 | | |
| | | Tekonsha Fire Department         294.02 | | |
| | | Transcommunications             439.18 | | |
| | | Transplatinumplus            15,532.69 | | |
| 16.   Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | Miscellaneous A/R             15,491.50 | | 86,290.29 |
| 17.   Other liquidated debts owing debtor including tax refunds.  Give particulars. | | Claim for tax refund | | 0.00 |
| 18.   Equitable or future interests, life estates, and rights or power exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | | Prepaid utilities | | 67,008.82 |
| | | | | 4,472.17 |
| 19.   Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | 0.00 |

In re **TE-KON TRAVEL COURT, INC.**         CaseNo. **HK 04-01848**
           Debtor                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20.    Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | 0.00 |
| 21.    Patents, copyrights, and other intellectual property.  Give particulars. | X | | | 0.00 |
| 22.    Licenses, franchises, and other general intangibles.  Give particulars. | X | | | 0.00 |
| 23.    Automobiles, trucks, trailers, and other vehicles and accessories. | | 1995 Dodge Ram Pickup    VIN 1B7KF26ZXSS174612 (on PHI) | | 4,000.00 |
| | | | | 0.00 |
| 24.    Boats, motors, and accessories. | X | | | 0.00 |
| 25.    Aircraft and accessories. | X | | | 0.00 |
| 26.    Office equipment, furnishings, and supplies. | X | | | 0.00 |
| 27.    Machinery, fixtures, equipment, and supplies used in business. | | See attached schedule | | 8,697.00 |
| 28.    Inventory. | | | | 156,449.87 |
| 29.    Animals. | X | | | 0.00 |
| 30.    Crops - growing or harvested.  Give particulars. | X | | | 0.00 |
| 31.    Farming equipment and implements. | X | | | 0.00 |
| 32.    Farm supplies, chemicals, and feed. | X | | | 0.00 |
| 33.    Other personal property of any kind not already listed.  Itemize. | X | | | 0.00 |

_____ continuation sheets attached         Total ▶ | **$361,391.45**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

#819071

11694 Te-kn Travel Court, Inc.
38-3084483
FYE: 9/30/04

# Tax Asset Detail 10/01/03 - 9/30/04

03/08/2004 10:08 AM
Page 1

| Asset | Property Description | Date in Service | Tax Cost | Sec 179 Exp Current = c | Tax Sec 168(k) Amt | Tax Prior Depreciation | Tax Current Depreciation | Tax End Depr | Tax Net Book Value | Tax Method | Tax Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group: BUILDING IMPROVEMENTS** | | | | | | | | | | | |
| 142 | SHEII | 11/05/98 | 2,865 | 0 | 0 | 2,226 | 255 | 2,481 | 384 | 200DB | 7.0 |
| 145 | INTERIOR DESIGN-RESTAURA | 8/26/99 | 4,319 | 0 | 0 | 3,355 | 386 | 3,741 | 578 | 200DB | 7.0 |
| 150 | BLIN 3S & WALLCOVERING | 12/15/99 | 2,968 | 0 | 0 | 913 | 206 | 1,119 | 1,849 | 200DB | 7.0 |
| | BUILDING IMPROVEMENTS | | 10,152 | 0c | | 6,494 | 847 | 7,341 | 2,811 | | |
| **Group: BUILDINGS** | | | | | | | | | | | |
| 4 | BUILDING | 9/30/96 | 1,083,062 | 0 | 0 | 582,072 | 63,618 | 645,690 | 437,372 | 150DB | 15.0 |
| 5 | BLDG ADDITIONS | 10/01/96 | 70,164 | 0 | 0 | 34,948 | 4,143 | 39,091 | 31,073 | 150DB | 15.0 |
| 6 | CAP PRO FEES RE ABBE PROJ | 10/31/97 | 2,915 | 0 | 0 | 1,334 | 166 | 1,510 | 1,405 | 150DB | 15.0 |
| | BUILDINGS | | 1,156,141 | 0c | | 618,364 | 67,927 | 686,291 | 469,850 | | |
| **Group: COMPUTER EQUIPMENT** | | | | | | | | | | | |
| 9 | QUIKBOOKS SOFTWARE | 5/15/97 | 150 | 0 | 0 | 150 | 0 | 150 | 0 | 200DB | 5.0 |
| 10 | UPDTE HARD DRIVE | 8/21/97 | 915 | 0 | 0 | 915 | 0 | 915 | 0 | 200DB | 5.0 |
| 11 | ALOIA SOFTWARE | 6/02/97 | 565 | 0 | 0 | 565 | 0 | 565 | 0 | 200DB | 5.0 |
| 12 | COMPUTER & PRINTER | 5/01/98 | 2,397 | 0 | 0 | 2,397 | 0 | 2,397 | 0 | 200DB | 5.0 |
| 13 | COMPUTER & PRINTER | 5/01/98 | 2,397 | 0 | 0 | 2,397 | 0 | 2,397 | 0 | 200DB | 5.0 |
| 14 | ALOIA SOFTWARE | 9/15/98 | 834 | 0 | 0 | 834 | 0 | 834 | 0 | 200DB | 5.0 |
| 15 | ALOIA EQUIPMENT | 8/20/98 | 17,067 | 0 | 0 | 17,067 | 0 | 17,067 | 0 | 200DB | 5.0 |
| 16 | TERDAR COMPUTER EQUIP | 8/20/98 | 8,220 | 0 | 0 | 8,220 | 0 | 8,220 | 0 | 200DB | 5.0 |
| 17 | COMPUTER UPGRADE | 8/20/98 | 3,251 | 0 | 0 | 3,251 | 0 | 3,251 | 0 | 200DB | 5.0 |
| 18 | COMPUTER UPGRADE | 10/01/98 | 380 | 0 | 0 | 358 | 22 | 380 | 0 | 200DB | 5.0 |
| 133 | ALOIA HARDWARE | 10/01/98 | 525 | 0 | 0 | 495 | 30 | 525 | 0 | 200DB | 5.0 |
| 136 | BAC UP SOFTWARE-RESTAUR | 3/01/99 | 380 | 0 | 0 | 358 | 22 | 380 | 0 | 200DB | 5.0 |
| 138 | ALOIA HARDWARE | 11/16/98 | 782 | 0 | 0 | 727 | 55 | 782 | 0 | 200DB | 5.0 |
| 139 | ALOIA HARDWARE | 11/23/98 | 954 | 0 | 0 | 899 | 55 | 954 | 0 | 200DB | 5.0 |
| 140 | PRINTER | 6/18/99 | 251 | 0 | 0 | 235 | 16 | 251 | 0 | 200DB | 5.0 |
| 149 | COMPUTER | 3/15/00 | 1,211 | 0 | 0 | 1,002 | 139 | 1,141 | 70 | 200DB | 5.0 |
| 151 | ALOIA UPGRADE | 4/1/200 | 3,552 | 0 | 0 | 2,938 | 409 | 3,347 | 205 | 200DB | 5.0 |
| | COMPUTER EQUIPMENT | | 43,451 | 0c | | 42,460 | 716 | 43,176 | 275 | | |
| **Group: EQUIPMENT** | | | | | | | | | | | |
| 42 | FAX MACHINE | 3/01/94 | 468 | 468 | 0 | 468 | 0 | 468 | 0 | 200DB | 7.0 |
| 43 | SAFI | 5/10/94 | 434 | 434 | 0 | 434 | 0 | 434 | 0 | 200DB | 7.0 |
| 46 | KITCHEN EQUIPMENT | 9/30/96 | 3,317 | 0 | 0 | 3,317 | 0 | 3,317 | 0 | 200DB | 7.0 |
| 47 | CHANGING STATION | 9/30/96 | 655 | 0 | 0 | 655 | 0 | 655 | 0 | 200DB | 7.0 |
| 48 | AIR SYSTEM & OVEN HOODS | 9/30/96 | 11,550 | 0 | 0 | 11,550 | 0 | 11,550 | 0 | 200DB | 7.0 |
| 49 | KITCHEN EQUIPMENT | 9/30/96 | 873 | 0 | 0 | 873 | 0 | 873 | 0 | 200DB | 7.0 |
| 51 | KITCHEN EQUIPMENT | 9/30/96 | 1,824 | 0 | 0 | 1,824 | 0 | 1,824 | 0 | 200DB | 7.0 |
| 52 | HOS 5 | 9/30/96 | 608 | 0 | 0 | 608 | 0 | 608 | 0 | 200DB | 7.0 |
| 53 | PREP UNIT, CASTER, BASKET | 9/30/96 | 1,882 | 0 | 0 | 1,882 | 0 | 1,882 | 0 | 200DB | 7.0 |
| 54 | KITCHEN EQUIPMENT | 9/30/96 | 2,951 | 0 | 0 | 2,951 | 0 | 2,951 | 0 | 200DB | 7.0 |
| 55 | KITCHEN EQUIPMENT | 9/30/96 | 7,340 | 0 | 0 | 7,340 | 0 | 7,340 | 0 | 200DB | 7.0 |
| 56 | HOT BUFFET | 9/30/96 | 2,556 | 0 | 0 | 2,556 | 0 | 2,556 | 0 | 200DB | 7.0 |

11694  Te-Kon Travel Court, Inc.
38-3084483
FYE: 9/30/2004

# Tax Asset Detail  10/01/03 - 9/30/04

03/08/2004  10:08 AM
Page 2

**Group: EQUIPMENT (continued)**

| Asset | Property Description | Date In Service | Tax Cost | Sec 179 Exp Current = C | Tax Sec 168(k) Amt | Tax Prior Depreciation | Tax Current Depreciation | Tax End Depr | Tax Net Book Value | Tax Method | Tax Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 | CAPUCHINO MACHINE | 9/04/96 | 1,675 | 0 | 0 | 1,675 | 0 | 1,675 | 0 | 200DB | 7.0 |
| 58 | SHELL DISPLAY CASE | 9/30/96 | 900 | 0 | 0 | 900 | 0 | 900 | 0 | 200DB | 7.0 |
| 59 | WASHER FLUID DISPENSERS | 9/30/96 | 1,063 | 0 | 0 | 1,063 | 0 | 1,063 | 0 | 200DB | 7.0 |
| 60 | OWENS FREEZER EQUIPMENT | 9/30/96 | 252 | 0 | 0 | 252 | 0 | 252 | 0 | 200DB | 7.0 |
| 61 | ARCTIC WALK-IN COOLER/FRE | 9/30/96 | 8,778 | 0 | 0 | 8,778 | 0 | 8,778 | 0 | 200DB | 7.0 |
| 62 | DELFIELD REACH-IN REFRIG. | 9/30/96 | 252 | 0 | 0 | 252 | 0 | 252 | 0 | 200DB | 7.0 |
| 63 | DELFIELD REACH-IN REFRIG | 9/30/96 | 2,190 | 0 | 0 | 2,190 | 0 | 2,190 | 0 | 200DB | 7.0 |
| 64 | DELFIELD REACH-IN FREEZER | 9/30/96 | 2,582 | 0 | 0 | 2,582 | 0 | 2,582 | 0 | 200DB | 7.0 |
| 65 | COUNTER TOP REFRIG DISPLA | 9/30/96 | 1,434 | 0 | 0 | 1,434 | 0 | 1,434 | 0 | 200DB | 7.0 |
| 66 | WOLF 36 CHARBROILER | 9/30/96 | 2,299 | 0 | 0 | 2,299 | 0 | 2,299 | 0 | 200DB | 7.0 |
| 67 | DUKE HOT FOOD TABLE | 9/30/96 | 1,237 | 0 | 0 | 1,237 | 0 | 1,237 | 0 | 200DB | 7.0 |
| 68 | VOLLRATH COLD PAN UNIT | 9/30/96 | 1,612 | 0 | 0 | 1,612 | 0 | 1,612 | 0 | 200DB | 7.0 |
| 69 | WOLF GAS RANGE | 9/30/96 | 1,320 | 0 | 0 | 1,320 | 0 | 1,320 | 0 | 200DB | 7.0 |
| 70 | TABCO EQUIP STAND | 9/30/96 | 1,056 | 0 | 0 | 1,056 | 0 | 1,056 | 0 | 200DB | 7.0 |
| 71 | METRO STORAGE SHELV | 9/30/96 | 1,996 | 0 | 0 | 1,996 | 0 | 1,996 | 0 | 200DB | 7.0 |
| 72 | HOLMAN WALL MOUNT TOAS | 9/30/96 | 785 | 0 | 0 | 785 | 0 | 785 | 0 | 200DB | 7.0 |
| 73 | STORE EQUIPMENT | 1/31/97 | 2,039 | 0 | 0 | 1,948 | 91 | 2,039 | 0 | 200DB | 7.0 |
| 74 | SET UP EQUIPMENT | 1/31/97 | 1,741 | 0 | 0 | 1,663 | 78 | 1,741 | 0 | 200DB | 7.0 |
| 75 | ATM MACHINE INSTALLATION | 1/31/97 | 557 | 0 | 0 | 532 | 25 | 557 | 0 | 200DB | 7.0 |
| 76 | DISPLAY CASES | 7/30/97 | 685 | 0 | 0 | 654 | 31 | 685 | 0 | 200DB | 7.0 |
| 77 | STORE EQUIPMENT | 8/02/97 | 1,368 | 0 | 0 | 1,307 | 61 | 1,368 | 0 | 200DB | 7.0 |
| 78 | SHELVING/DISPLAY CASES | 10/01/96 | 51,105 | 0 | 0 | 48,824 | 2,281 | 51,105 | 0 | 200DB | 7.0 |
| 79 | FOOD PREP UNIT | 10/11/96 | 1,569 | 0 | 0 | 1,499 | 70 | 1,569 | 0 | 200DB | 7.0 |
| 80 | FOOD PREP UNIT | 8/13/97 | 345 | 0 | 0 | 330 | 15 | 345 | 0 | 200DB | 7.0 |
| 81 | LINE COOLER | 11/26/96 | 2,556 | 0 | 0 | 2,442 | 114 | 2,556 | 0 | 200DB | 7.0 |
| 82 | KITCHEN EQUIPMENT | 3/31/97 | 638 | 0 | 0 | 610 | 28 | 638 | 0 | 200DB | 7.0 |
| 83 | CONVECTION OVEN | 5/20/97 | 475 | 0 | 0 | 454 | 21 | 475 | 0 | 200DB | 7.0 |
| 84 | SET UP EQUIPMENT | 5/31/97 | 873 | 0 | 0 | 834 | 39 | 873 | 0 | 200DB | 7.0 |
| 85 | SET UP EQUIPMENT | 9/28/97 | 450 | 0 | 0 | 430 | 20 | 450 | 0 | 200DB | 7.0 |
| 86 | COOLER EQUIPMENT | 9/28/97 | 80 | 0 | 0 | 80 | 0 | 80 | 0 | 200DB | 7.0 |
| 87 | FLOOR BUFFER MACHINE | 9/27/97 | 8,984 | 0 | 0 | 8,583 | 401 | 8,984 | 0 | 200DB | 7.0 |
| 96 | ICE MACHINE | 12/31/97 | 1,263 | 0 | 0 | 1,130 | 133 | 1,263 | 0 | 200DB | 7.0 |
| 97 | ICE MACHINE | 12/31/97 | 1,159 | 0 | 0 | 1,065 | 94 | 1,159 | 0 | 200DB | 7.0 |
| 98 | FRYER | 2/15/98 | 939 | 0 | 0 | 794 | 78 | 872 | 67 | 200DB | 7.0 |
| 99 | COFFEE MACHINE | 5/01/98 | 596 | 0 | 0 | 496 | 53 | 549 | 47 | 200DB | 7.0 |
| 100 | DISHWASHER | 5/23/98 | 593 | 0 | 0 | 500 | 54 | 554 | 39 | 200DB | 7.0 |
| 101 | KITCHEN EQUIPMENT | 8/20/98 | 4,994 | 0 | 0 | 4,442 | 525 | 4,967 | 27 | 200DB | 7.0 |
| 102 | ICE MAKER #902427-32C | 8/20/98 | 2,552 | 0 | 0 | 2,248 | 242 | 2,290 | 262 | 200DB | 7.0 |
| 103 | EMBROIDERY SEWING MACHIN | 8/20/98 | 2,644 | 0 | 0 | 2,256 | 267 | 2,523 | 121 | 200DB | 7.0 |
| 104 | ATM MACHINE (TRITON) | 8/20/98 | 17,055 | 0 | 0 | 14,487 | 1,712 | 16,199 | 856 | 200DB | 7.0 |
| 105 | KITCHEN EQUIPMENT | 3/19/98 | 1,089 | 0 | 0 | 871 | 85 | 956 | 133 | 200DB | 7.0 |
| 137 | TOASTER | 5/25/99 | 830 | 0 | 0 | 706 | 81 | 787 | 43 | 200DB | 7.0 |
| 141 | MICROWAVE | 8/31/99 | 341 | 0 | 0 | 197 | 22 | 219 | 122 | 200DB | 7.0 |
| 146 | CONDIMENT COOLER | 9/16/99 | 1,285 | 0 | 0 | 1,122 | 129 | 1,251 | 34 | 200DB | 5.0 |
| 147 | IMPRINTER | 3/00/00 | 611 | 0 | 0 | 367 | 51 | 418 | 193 | 200DB | 5.0 |
| 152 | EXHAUST FAN | 5/25/00 | 1,194 | 0 | 0 | 1,034 | 134 | 1,168 | 26 | 200DB | 7.0 |
| 153 | KITCHEN EQUIPMENT | 8/09/00 | 2,766 | 0 | 0 | 2,169 | 281 | 2,450 | 316 | 200DB | 5.0 |
| 155 | ICE MACHINE | 3/15/00 | 1,506 | 0 | 0 | 710 | 92 | 802 | 704 | 200DB | 7.0 |
| 155 | CARD READER/CASH DRAWER | 12/14/01 | 793 | 0 | 0 | 463 | 100 | 563 | 230 | 200DB | 7.0 |
| 158 | SNOW PLOW | | 811 | 0 | 243 | | | 563 | 248 | 200DB | 7.0 |

11694 Te-Kon Travel Court, Inc.
38-3084483
FYE: 9/30/2004

**Tax Asset Detail 10/01/03 - 9/30/04**

03/08/2004 10:08 AM
Page 3

| Asset | Property Description | Date in Service | Tax Cost | Sec 179 Exp Current = c | Tax Sec 168(k) Amt | Tax Prior Depreciation | Tax Current Depreciation | Tax End Depr. | Tax Net Book Value | Tax Method | Tax Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group: EQUIPMENT (continued)** | | | | | | | | | | | |
| | **EQUIPMENT** | | 181,708 | 0c | 243 | 170,785 | 7,408 | 178,193 | 3,515 | | |
| **Group: FUELING EQUIPMENT** | | | | | | | | | | | |
| 106 | PETROLEUM SYSTEM | 9/30/96 | 134,434 | 0 | 0 | 134,434 | 0 | 134,434 | 0 | 200DB | 7.0 |
| 107 | BLENDING DISPENSOR | 9/30/96 | 6,600 | 0 | 0 | 6,600 | 0 | 6,600 | 0 | 200DB | 7.0 |
| 108 | BLENDING DISPENSER | 9/30/96 | 6,600 | 0 | 0 | 6,600 | 0 | 6,600 | 0 | 200DB | 7.0 |
| 109 | BLENDING DISPENSER | 9/30/96 | 6,600 | 0 | 0 | 6,600 | 0 | 6,600 | 0 | 200DB | 7.0 |
| 110 | BLENDING DISPENSER | 9/30/96 | 6,600 | 0 | 0 | 6,600 | 0 | 6,600 | 0 | 200DB | 7.0 |
| 111 | MASTER/SLAVE DISPENSER | 9/30/96 | 3,100 | 0 | 0 | 3,100 | 0 | 3,100 | 0 | 200DB | 7.0 |
| 112 | MASTER/SLAVE DISPENSER | 9/30/96 | 3,100 | 0 | 0 | 3,100 | 0 | 3,100 | 0 | 200DB | 7.0 |
| 113 | MASTER/SLAVE DISPENSER | 9/30/96 | 3,100 | 0 | 0 | 3,100 | 0 | 3,100 | 0 | 200DB | 7.0 |
| 114 | 3 DOUBLE WALL TANKS | 9/30/96 | 36,678 | 0 | 0 | 36,678 | 0 | 36,678 | 0 | 200DB | 7.0 |
| 115 | 24' BY 98' CANOPY | 9/30/96 | 27,835 | 0 | 0 | 27,835 | 0 | 27,835 | 0 | 200DB | 5.0 |
| 116 | 24' BY 83' CANOPY | 9/30/96 | 25,430 | 0 | 0 | 25,430 | 0 | 25,430 | 0 | 200DB | 5.0 |
| 117 | 36 DAKOTA CANOPY LIGHTS | 9/30/96 | 4,725 | 0 | 0 | 4,725 | 0 | 4,725 | 0 | 200DB | 5.0 |
| 118 | 10 CANOPY BASES | 9/30/96 | 10,000 | 0 | 0 | 10,000 | 0 | 10,000 | 0 | 200DB | 5.0 |
| 119 | POS EQUIPMENT | 6/30/97 | 8,867 | 0 | 0 | 8,471 | 396 | 8,867 | 0 | 200DB | 5.0 |
| 120 | ADDT'L PUMP EXPENSE | 5/28/98 | 3,826 | 0 | 0 | 3,292 | 356 | 3,648 | 178 | 200DB | 5.0 |
| 121 | CARD READER | 1/20/98 | 788 | 0 | 0 | 687 | 67 | 754 | 34 | 200DB | 5.0 |
| | TREND&FUEL TERMINALS | 8/20/98 | 53,338 | 0 | 0 | 45,306 | 5,355 | 50,661 | 2,677 | 200DB | 5.0 |
| | **FUELING EQUIPMENT** | | 338,521 | 0c | 0 | 329,458 | 6,174 | 335,632 | 2,889 | | |
| **Group: FURNITURES & FIXTURES** | | | | | | | | | | | |
| 18 | FURNITURE & FIXTURES | 9/30/96 | 102,119 | 0 | 0 | 102,119 | 0 | 102,119 | 0 | 200DB | 7.0 |
| 19 | KITCHEN FURNITURE | 9/30/96 | 15,509 | 0 | 0 | 15,509 | 0 | 15,509 | 0 | 200DB | 7.0 |
| 20 | SEATING | 9/30/96 | 36,501 | 0 | 0 | 36,501 | 0 | 36,501 | 0 | 200DB | 7.0 |
| 21 | KITCHEN FURNITURE | 9/30/96 | 450 | 0 | 0 | 450 | 0 | 450 | 0 | 200DB | 7.0 |
| 22 | TABLE WITH SINK | 9/30/96 | 1,107 | 0 | 0 | 1,107 | 0 | 1,107 | 0 | 200DB | 7.0 |
| 23 | WORKSTATIONS | 9/30/96 | 1,443 | 0 | 0 | 1,443 | 0 | 1,443 | 0 | 200DB | 7.0 |
| 24 | KITCHEN FAUCET & EQUIPME | 9/30/96 | 1,231 | 0 | 0 | 1,231 | 0 | 1,231 | 0 | 200DB | 7.0 |
| 25 | SPEAKERS | 2/01/97 | 592 | 0 | 0 | 592 | 0 | 592 | 0 | 200DB | 7.0 |
| 26 | COPIER | 8/31/97 | 539 | 0 | 0 | 513 | 26 | 539 | 0 | 200DB | 5.0 |
| 27 | CALCULATOR FOR INVENTOR | 9/02/98 | 452 | 0 | 0 | 452 | 0 | 452 | 0 | 200DB | 5.0 |
| 28 | LIGHTING SYSTEM | 10/01/97 | 8,998 | 0 | 0 | 7,944 | 703 | 8,647 | 351 | 200DB | 7.0 |
| 29 | LIGHTING SYSTEM | 6/30/98 | 1,395 | 0 | 0 | 1,200 | 130 | 1,330 | 65 | 200DB | 7.0 |
| 30 | CUPBOARDS | 11/30/97 | 576 | 0 | 0 | 509 | 45 | 554 | 22 | 200DB | 7.0 |
| 31 | AIR CONDITIONER | 9/30/98 | 6,360 | 0 | 0 | 5,402 | 639 | 6,041 | 319 | 200DB | 7.0 |
| 32 | SECURITY EQUIPMENT | 8/20/98 | 19,318 | 0 | 0 | 16,409 | 1,939 | 18,348 | 970 | 200DB | 7.0 |
| 33 | BOOTHS, TABLES, CHAIRS | 8/20/98 | 9,118 | 0 | 0 | 7,745 | 915 | 8,660 | 458 | 200DB | 7.0 |
| 34 | FUEL ISLAND PHONE SYSTEM | 8/20/98 | 9,793 | 0 | 0 | 8,318 | 983 | 9,301 | 492 | 200DB | 7.0 |
| 35 | DISPLAYS & SHELVING | 8/20/98 | 7,692 | 0 | 0 | 6,534 | 772 | 7,306 | 386 | 200DB | 7.0 |
| 36 | FLOOR SCRUBBER,VACUUM,E | 8/20/98 | 17,848 | 0 | 0 | 15,160 | 1,792 | 16,952 | 896 | 200DB | 7.0 |
| 132 | LOZIER FIXTURES-SHELVING | 9/30/99 | 329 | 0 | 0 | 257 | 29 | 286 | 43 | 200DB | 7.0 |
| 134 | COMPUTER DESK | 1/28/99 | 537 | 0 | 0 | 417 | 48 | 465 | 72 | 200DB | 7.0 |
| 135 | OFFICE CHAIRS | 2/02/99 | 424 | 0 | 0 | 324 | 43 | 367 | 57 | 200DB | 7.0 |
| 143 | HOOK UP AIR CONDITIONER | 5/21/99 | 7,257 | 0 | 0 | 5,638 | 647 | 6,285 | 972 | 200DB | 7.0 |
| 144 | 2 PHONES | 11/04/98 | 485 | 0 | 0 | 457 | 28 | 485 | 0 | 200DB | 5.0 |

11694 Te-Ken Travel Court, Inc.
38-3084483
FYE: 9/30/2004

# Tax Asset Detail  10/01/03 - 9/30/04

03/08/2004  10:08 AM
Page 4

| Asset | Property Description | Date In Service | Tax Cost | Sec 179 Exp Current = c | Tax Sec 168(k) Amt | Tax Prior Depreciation | Tax Current Depreciation | Tax End Dept | Tax Net Book Value | Tax Method | Tax Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group: FURNITURES & FIXTURES (continued)** | | | | | | | | | | | |
| 148 | CHRISTMAS TREE | 12/16/99 | 600 | 0 | 0 | 413 | 53 | 466 | 134 | 200DB | 7.0 |
| 154 | LOZIER FIXTURES | 11/19/99 | 1,327 | 0 | 0 | 912 | 119 | 1,031 | 296 | 200DB | 7.0 |
| | FURNITURES & FIXTURES | | 252,000 | 0c | 0 | 237,537 | 8,930 | 246,467 | 5,533 | | |
| **Group: INTANGIBLES** | | | | | | | | | | | |
| 147 | LOAN ORIGINATION FEES | 9/30/98 | 92,319 | 0 | 0 | 23,770 | 4,616 | 28,386 | 63,933 | Amort | 20.0 |
| | INTANGIBLES | | 92,319 | 0c | 0 | 23,770 | 4,616 | 28,386 | 63,933 | | |
| **Group: LAND** | | | | | | | | | | | |
| 1 | LAND | 1/26/96 | 442,314 | 0 | 0 | 0 | 0 | 0 | 442,314 | Land | 0.0 |
| | LAND | | 442,314 | 0c | 0 | 0 | 0 | 0 | 442,314 | | |
| **Group: LAND IMPROVEMENTS** | | | | | | | | | | | |
| 2 | PARKING LOT | 9/30/96 | 408,000 | 0 | 0 | 218,276 | 24,092 | 242,368 | 165,632 | 200DB | 15.0 |
| 3 | LOT IMPROVEMENT | 9/30/98 | 76,000 | 0 | 0 | 31,684 | 4,665 | 36,349 | 39,651 | 150DB | 15.0 |
| 131 | LAND SCAPING | 7/31/97 | 3,727 | 0 | 0 | 1,019 | 95 | 1,114 | 2,613 | 150DB | 39.0 |
| 157 | ENVIRONMENTAL WORK | 10/01/99 | 6,811 | 0 | 0 | 2,094 | 472 | 2,566 | 4,245 | S/L | 15.0 |
| | LAND IMPROVEMENTS | | 494,538 | 0c | 0 | 253,073 | 29,324 | 282,397 | 212,141 | | |
| **Group: SIGNS** | | | | | | | | | | | |
| 124 | SIGNAGE | 9/30/96 | 23,056 | 0 | 0 | 23,056 | 0 | 23,056 | 0 | 200DB | 7.0 |
| 125 | SIGN | 9/30/96 | 1,203 | 0 | 0 | 1,203 | 0 | 1,203 | 0 | 200DB | 7.0 |
| 126 | SIGN | 9/30/96 | 1,063 | 0 | 0 | 1,063 | 0 | 1,063 | 0 | 200DB | 7.0 |
| 127 | SIGNAGE | 8/19/97 | 3,494 | 0 | 0 | 3,338 | 156 | 3,494 | 0 | 200DB | 7.0 |
| 128 | HI RISE SIGN | 10/01/96 | 22,486 | 0 | 0 | 21,483 | 1,003 | 22,486 | 0 | 200DB | 7.0 |
| 129 | HI RISE SIGN (OLD) | 10/01/93 | 29,000 | 0 | 0 | 29,000 | 0 | 29,000 | 0 | 200DB | 7.0 |
| | SIGNS | | 80,302 | 0c | 0 | 79,143 | 1,159 | 80,302 | 0 | | |
| | **Grand Total** | | 3,091,446 | 0c | 243 | 1,761,084 | 127,101 | 1,888,185 | 1,203,261 | | |

In re  **TE-KON TRAVEL COURT, INC.** ,                    Case No.  **HK 04-01848**
     Debtor                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Michael Madden** **1423 Old Field Trail** **Kalamazoo, MI 49008** | | | **Junior Lien on personal property** <br><br> Value $ | | | | Unknown | Entire indebtedness |
| Account No. **US Bank National Association as Trustee for FMAC Loan Receiver Trust** c/o Peter D. Cronk **Plunkett & Cooney, P.C.** **325 E. Grand River, Suite 250** **East Lansing, MI 48823** | | | 08/19/98 Mortgage 15685 M60, Tekonsha, MI <br><br> **Substantially all of Debtor' pre-petition debts** <br><br> Value $2,091,691.40 | | | | 9,290,806.00 | 7,199,115.00 |
| Account No. | | | <br><br> Value $ | | | | | |

**0** continuation sheets attached

                                  Subtotal ▶
                 (Total of this page)     **$9,290,806.00**

                                     Total ▶
                (Use only on last page)     **$9,290,806.00**

                              (Report total also on Summary of Schedules)

In re  **TE-KON TRAVEL COURT, INC.**             ,          Case No.  **HK 04-01848**
     Debtor                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

I continuation sheets attached

In re **TE-KON TRAVEL COURT, INC.**                    Case No. **HK 04-01848**
_____Debtor_____                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION OF CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 38-3084483 **Michigan Dept of Treasury P.O. Box 77000 Detroit, MI 48277-0569** | | | March, 2001 thru Jan, 2004; a majority of the months are paid in full | | | X | $170,000.00 | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. 1 of 1 continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal ▶ (Total of this page) | $170,000.00 |
|---|---|---|
|  | Total ▶ (Use only on last page) | $170,000.00 |

(Report total also on Summary of Schedules)

Schedule E Page 2

In re **TE-KON TRAVEL COURT, INC.**            ,                Case No.  **HK 04-01848**

        Debtor                                                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do no include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Abraham S. & Sons, Inc.** <br> **4001 – 3 Mile Road, NW** <br> **PO Box 1768** <br> **Grand Rapids, MI 49501-1768** | | | | | | | $5,758.88 |
| Account No. <br><br> **Ambest, Inc.** <br> **LBMC Financial Center** <br> **5250 Virginia Way, Suite 250** <br> **Brentwood, TN 37027** | | | | | | | 7,427.26 |
| Account No. 4290 6720 82 <br><br> **Aquila** <br> **PO Box 219703** <br> **Kansas City, MO 64121-9703** | | | | | | | 6,826.65 |
| Account No. <br><br> **Barjan IP** <br> **PO Box 71006** <br> **Chicago, IL 60694-1006** | | | | | | | 2,169.80 |
| Account No. <br><br> **Barjan Products** <br> **PO Box 71006** <br> **Chicago, IL 60694-1006** | | | | | | | 8,472.26 |
| Account No. <br><br> **Cintas** <br> **PO Box 188** <br> **Angola, IN 46703** | | | | | | | 1,131.50 |
| | | | | | | Subtotal ▶ | $31,786.35 |

    6  continuation sheets attached

In re **TE-KON TRAVEL COURT, INC.** ,
                                      Debtor

Case No. **HK 04-01848**
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Coinmatch<br>Region 54<br>PO Box 530098<br>Livonia, MI 48153 | | | | | | | 280.00 |
| Account No.<br>Consumers Energy<br>PO Box 30090<br>Lansing, MI 48909-7590 | | | | | | | 4,144.43 |
| Account No.<br>Cornelius Systems, Inc.<br>3966 – 11 Mile Road<br>Berkley, MI 48072 | | | | | | | 831.00 |
| Account No.<br>Craig Miller Distributing<br>????<br>???? | | | | | | | 140.00 |
| Account No.<br>Cumberland House Publishing<br>431 Harding Industrial Park Drive<br>Nashville, TN 37211 | | | | | | | 238.15 |
| Account No.<br>Dennie's Unlimited<br>143 East Main Street<br>McComb, OH 45858-0460 | | | | | | | 588.76 |
| Account No.<br>E T Products<br>PO Box 1<br>Bremen, IN 46506-0001 | | | | | | | 1,579.20 |
| Account No.<br>Frito Lay<br>Grain & Associates<br>PO Box 3517<br>Barrington, IL 60010 | | | | | | | 1,024.35 |
| | | | | | | Subtotal ▶<br>(Total of this page) | $8,825.89 |

Sheet no. 1 of 6 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

#819195

In re **TE-KON TRAVEL COURT, INC.** ,                          Case No.   **HK 04-01848**
                                        Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**G E Capital**<br>??????<br>?????? | | | | | | | 38.70 |
| Account No.<br>**Ganz, Inc.**<br>908 Niagara Falls Drive, Suite 043<br>N Tonawanda, NY 14120-2060 | | | | | | | 8,913.16 |
| Account No.<br>**Glovefit International Corp.**<br>5639 West Barstow Avenue<br>Fresno, CA 93722 | | | | | | | 401.56 |
| Account No.<br>**GTech Distribution Center**<br>??????<br>?????? | | | | | | | 1,900.00 |
| Account No.<br>**Harvey's Wallhangers**<br>23392 Madero Road, Unit B<br>Mission Viejo, CA 92691-2736 | | | | | | | 382.92 |
| Account No.<br>**Koolatron**<br>PO Box 66512 AMF<br>O'Hare Chicago, IL  60666 | | | | | | | -131.00 |
| Account No.<br>**Kruger Commodities**<br>P.O. Box 30105<br>Omaha, NE 68103-1205 | | | | | | | 75.00 |
| Account No.<br>**LDMI Telecommunications**<br>Dept. 77609<br>PO Box 77000<br>Detroit, MI 48277-0609 | | | | | | | 289.95 |
| Account No.<br>**LYN Novelty & Souvenir**<br>735 Allen Street<br>Eat Moline, IL 61244 | | | | | | | 489.80 |
| Account No.<br>**Marshall Medical**<br>1170 West Michigan<br>Marshall, MI 49068 | | | | | | | 638.00 |
| | | | | Subtotal ▶<br>(Total of this page) | | | $12,998.09 |

Sheet no. 2 of 6 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

#819195

In re **TE-KON TRAVEL COURT, INC.**              ,
                                    Debtor

Case No. **HK 04-01848**
            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Mercury Luggage/Seward Trunk 4843 Victor Street Jacksonville, FL 32207 | | | | | | | 481.82 |
| Account No. | | | | | | | 423.46 |
| Muzak of Great Lakes 6749 Engle Road, Suite L Middleburg Heights, OH 44130 | | | | | | | |
| Account No. | | | | | | | 60.00 |
| NATSO, Inc. 1199 N. Fairfax Street, Suite 801 Alexandria, VA 22314 | | | | | | | |
| Account No. | | | | | | | |
| Norman Foods 86 Division St. Battle Creek, MI 49017 | | | | | | | 24,358.51 |
| Account No. | | | | | | | 199.50 |
| P & M Distributing 1162 Luder Road Caro, MI 48723 | | | | | | | |
| Account No. | | | | | | | 149.77 |
| P.B. Gast 1515 Madison Ave., SE JPO Box 7349 Grand Rapids, MI 49510-7349 | | | | | | | |
| Account No. | | | | | | | |
| Petroleum Holdings, Inc. 15874 Eleven Mile Road Battle Creek, MI 49014 | | | | | | | Unknown |
| Account No. | | | | | | | 100.00 |
| Robert L. Phillips 7108 US 24 Antwerp, OH 45813 | | | | | | | |
| Account No. | | | | | | | |
| Prairie Farms Dairy Attn: Barb 126 Brady Road Battle Creek, MI 49015 | | | | | | | 984.15 |
| | | | Subtotal ▶ (Total of this page) | | | | $26,757.21 |

Sheet no. 3 of 6 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

#819195

In re **TE-KON TRAVEL COURT, INC.**    .
               Debtor

Case No.  **HK 04-01848**
           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Register-Tribune 15 W. Pearl St. Coldwater, MI 49036 | | | | | | | 5.13 |
| Account No. | | | | | | | |
| RJS Enterprises, Inc. Robert L. Phillips 7108 US 24 Antwerp, OH 45813 | | | | | | | 2,185.48 |
| Account No. | | | | | | | 32,498.99 |
| Ross and Associates 1685 Viewpond SE Grand Rapids, MI 49508 | | | | | | | |
| Account No. | | | | | | | Unknown |
| Rumsey & Watkins, P.C. 20 Tibbits Plaza Coldwater, MI 49036 | | | | | | | |
| Account No. | | | | | | | 1,696.91 |
| Sara Lee Coffee & Tea P.O. Box 70819 Chicago, IL  60673-0819 | | | | | | | |
| Account No. | | | | | | | 95.52 |
| Shrader Tire 7 Oil ??????? ??????? | | | | | | | |
| Account No. | | | | | | | 31.73 |
| Staple's PO Box 30292 Salt Lake City, UT 84130-0292 | | | | | | | |
| Account No. | | | | | | | 13,102.53 |
| State of Michigan – SBT Michigan Dept. of Treasury P.O. Box 77889 Lansing, MI 48277-0889 | | | | | | | |
| Account No. | | | | | | | |
| Tandem Sales and Marketing, LLC 7100 Route 150 Moline, IL 61265 | | | | | | | 1,205.72 |
| | | | | Subtotal ▶ (Total of this page) | | | $50,816.88 |

Sheet no. 4 of 6 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

#819195

In re  TE-KON TRAVEL COURT, INC.                    ,
                                        Debtor

Case No.  HK 04-01848
                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> TDS Metrocom <br> American Paging Mid Central <br> 212 S. Webster ST <br> P.O. Box 246 <br> Augusta, MI 49012 | | | | | | | 23.90 |
| Account No. <br> Te-Khi Service Center, Inc. <br> 15898 Eleven Mile Road <br> Battle Creek, MI 49014 | | | | | | | Unknown |
| Account No. <br> Te-Khi Travel Court, Inc. <br> 26875 Eleven Mile Road <br> Battle Creek, MI 49014 | | | | | | | Unknown |
| Account No. <br> Tekonsha Township Treasurer <br> PO Box 308 <br> 121 N Main St. <br> Tekonsha, MI 49092 | | | | | | | 30,272.63 |
| Account No. <br> The Daily Reporter <br> 15 W. Pearl Street <br> Coldwater, MI 49036 | | | | | | | 28.57 |
| Account No. <br> Transcommunications, Inc. <br> P.O. Box 23886 <br> Chattanooga, TN 37422-3886 | | | | | | | 3.00 |
| Account No. <br> Trendar Merchant Services <br> Comdata Corporation <br> PO Box 3389 <br> Brentwood, TN 37422-3886 | | | | | | | 1,549.15 |
| Account No. <br> Tristar Sales <br> PO Box 26407 <br> Birmingham, AL 35260 | | | | | | | 262.00 |
| | | | | | Subtotal ▶ <br> (Total of this page) | | $32,139.250 |

Sheet no. 5 of 6 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

#819195

In re **TE-KON TRAVEL COURT, INC.**                          Case No.  **HK 04-01848**
                                   Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| U.S. Foodservice<br>Box 98612<br>Chicago, IL 50593-8612 | | | | | | | 198.98 |
| Account No. | | | | | | | |
| Vandy Bogurt Farms<br>1265 Pell Road<br>Tekonsha, MI 49092 | | | | | | | 206.25 |
| Account No. | | | | | | | |
| Verizon North<br>P O Box 31122<br>Tampa, FL 33631-3122 | | | | | | | 1,118.82 |
| Account No. | | | | | | | |
| Village of Tekonsha-M63015887-1<br>PO Box A<br>Tekonsha, MI 49092 | | | | | | | 567.00 |
| Account No. | | | | | | | |
| Village of Tekonsha-M63015887-2<br>PO Box A<br>Tekonsha, MI 49092 | | | | | | | 1,087.80 |
| Account No. | | | | | | | |
| Walters Dimmick<br>1620 S. Kalamazoo Ave<br>Marshall, MI 49068 | | | | | | | 2,246.34 |
| Account No. | | | | | | | |
| Waste Management<br>P O Box 9001054<br>Louisville, KY 40290-1054 | | | | | | | 488.07 |
| Account No. | | | | | | | |
| Watkins Oil Company, Inc.<br>120 West Fayette Street<br>P.O. Box 195<br>Hillsdale, MI 49242 | | | | | | | 194,099.42 |
| Account No. | | | | | | | |
| WJR<br>P.O. Box 77000<br>Detroit, MI 48277-0812 | | | | | | | 560.00 |
| | | | Subtotal ▶<br>(Total of this page) | | | | $200,572.68 |
| | | | Total▶<br>(Use only on last page of the completed Schedule F.) | | | | $363,901.48 |

Sheet no. 6 of 6 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

#819195

In re  **TE-KON TRAVEL COURT, INC.**                    ,        Case No.  **HK 04-01848**
                   Debtor                                                              (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

**NOTE:**  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

#819078

In re  **TE-KON TRAVEL COURT, INC.** ,                    Case No. **HK 04-01848**
              Debtor                                                                                    (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR | |
|---|---|---|
| Stephen K. Bedwell<br>15874 – 11 Mile Road<br>Battle Creek, MI 49014 | Michael Madden<br>1423 Old Field Trail<br>Kalamazoo, MI 49008<br><br>Watkins Oil<br>120 West Fayette Street<br>PO Box 195<br>Hillsdale, MI 49242 | U.S. Bank<br>c/o Peter Cronk Plunkett &<br>Cooney, PC<br>325 E Grand River<br>Suite 250<br>East Lansing, MI 48823<br><br>Lease Corp of America<br>PO Box 1795<br>Troy, MI 48099-1795 |
| Te-Khi Travel Court, Inc.<br>15874 – 11 Mile Road<br>Battle Creek, MI 49014 | Michael Madden<br>1423 Old Field Trail<br>Kalamazoo, MI 49008<br><br>Watkins Oil<br>120 West Fayette Street<br>PO Box 195<br>Hillsdale, MI 49242 | U.S. Bank<br>c/o Peter Cronk Plunkett &<br>Cooney, PC<br>325 E Grand River<br>Suite 250<br>East Lansing, MI 48823<br><br>Lease Corp of America<br>PO Box 1795<br>Troy, MI 48099-1795 |
| Te-Khi Service Center, Inc.<br>15874 – 11 Mile Road<br>Battle Creek, MI 49014 | Michael Madden<br>1423 Old Field Trail<br>Kalamazoo, MI 49008<br><br>Lease Corp of America<br>PO Box 1795<br>Troy, MI 48099-1795 | U.S. Bank<br>c/o Peter Cronk Plunkett &<br>Cooney, PC<br>325 E Grand River<br>Suite 250<br>East Lansing, MI 48823 |
| Petroleum Holdings, Inc.<br>15874 – 11 Mile Road<br>Battle Creek, MI 49014 | Michael Madden<br>1423 Old Field Trail<br>Kalamazoo, MI 49008<br><br>Lease Corp of America<br>PO Box 1795<br>Troy, MI 48099-1795 | U.S. Bank<br>c/o Peter Cronk Plunkett &<br>Cooney, PC<br>325 E Grand River<br>Suite 250<br>East Lansing, MI 48823 |

#819080

In re _TE- K n TRAVEL COURT, INC._ ,
 **Debtor**
Case No. __HK 04- 01848__
 **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ *22* _____
 *(Total shown on summary page plus 1.)*

sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature: _____
                                                      *Debtor*

Date _____        Signature: _____
                                                      *(Joint Debtor, if any)*

                                      [If joint case, both spouses must sign.]

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____        _____
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____        _____
Signature of Bankruptcy Petition Preparer        Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ___President___ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the ___Corporation___ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information and belief. (Total shown on summary page plus 1.)

Date *3/23/04*        Signature: *Steph K Bedwell*

                      Stephen K. Bedwell, President
                      [Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

**Penalty for making a false statement or concealing property:** Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

#819065