TRANSMITTAL OF QUARTERLY
POST CONFIRMATION REPORT WITH CERTIFICATION
FOR THE QUARTER ENDED:
*June 30, 07*

In re:

*Te-Kon Travel*                    }
*Court, Inc., et al.,*             }          Case No.          *04-01848*
                          Debtor }    Chapter 11

Debtor, affirms that:

1.    The attached Chapter 11 Post Confirmation Report for the quarter ended
*6/30/07*, which includes the Total Disbursement for Quarter, the
Summary of Amounts Distributed Under the Plan and the Summary of Status on
Consummation of Plan has been reviewed and the report as prepared fairly and
accurately reflects the debtor's complete disbursement/distribution activity and
status for the period stated.

2.    The individual responsible for preparing the attached report was *Melissa
Faria* whose title is *Administration*. Any questions
regarding the attached report should be directed to *Melissa Faria*
at telephone number *269.968.8722*

3.    The debtor is in compliance with the provisions of the confirmed Chapter 11 Plan
except as listed below (Attach additional documentation if necessary):

_____

4.    The undersigned is authorized to file this report on behalf of the debtor.

**It is certified hereby, under penalty of perjury, that the information provided herein is true
and correct to the best of my knowledge and belief.**

Debtor

Dated: *10/8/07*                    By: _____
                                          Signature

                                    *Stephen K. Bedwell*
                                    Typed or printed name

                                    *President*
                                    Title

CHAPTER 11 POST CONFIRMATION REPORT
FOR QUARTER ENDED June 30, 07

Debtor: *Te-Kon Travel Court, Inc., et al.,*    Case No. 04-01848

Total Disbursement for Quarter

**All** disbursements made by the debtor during the current quarter, **whether under the plan or not**, must be accounted for and reported herein for the purpose of calculating quarterly fees.

Total Disbursements: $ 4,614,060.09

Summary of Amounts Distributed Under Plan:

|  | Current Quarter | Paid to Date | Balance Due |
|---|---|---|---|
| **A.     Fees and Expenses** |  |  |  |
| 1. Trustee Compensation | — | | |
| 2. Fee for Attorney for Trustee | — | | |
| 3. Fee for Attorney for Debtor | 14,405.53 | 146,034.59 | 125,961.29 |
| 4. Other Professionals | 7,755.00 | 45,356.94 | 51,223.90 |
| 5. All expenses, including trustee | 5,000.00 | 39,000.00 | US Trustee fees |
| **B.     Distributions** |  |  |  |
| 6. Secured Creditors | 150,101.49 | 550,372.13 | 5,433,068.01 |
| 7. Priority Creditors | 25,140.46 | 64,412.50 | 327,861.84 |
| 8. Unsecured Creditors | 11,581.50 | 47,032.84 | 59,233.50 |
| 9. Equity Security Holders | — | | |
| 10. Other Payments or Transfers | — | | |
|  | — | | |
|  | — | | |
| Total Plan Payments (Sum of Lines 1-10) | 213,983.98 | 892,209.00 | 5,897,348.54 |

Summary of Status of Consummation of Plan

Plan Payments are Current          Yes __X__  No ____

    If no, attach explanatory statement identifying payments not made
    (by creditor, amount and date due), reason for non-payment, and
    an estimated date as to when payments will be brought current.

Quarterly fee due to the United States Trustee are current:     Yes __X__  No ____

Anticipated date of final report/motion for final decree: *July 2009*